UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES HICKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | **2:17-cv-00870-AKK** |
| **FAMILY DOLLAR,** ) | |
| ) | |
| **Defendant.** ) | |

# ORDER

Charles Hicks filed a *pro se* complaint alleging that he was "shot in the chest" when he walked into a Family Dollar Store in Birmingham, Alabama during a robbery incident. Doc. 1 at 3. Relevant here, "[f]ederal courts are courts of limited jurisdiction . . . ." *Russell Corp. v. Am. Home Assur. Co.*, 264 F.3d 1040, 1050 (11th Cir. 2001). Where, as here, Hicks asserts that the court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), he must "affirmatively allege facts demonstrating the existence of jurisdiction." *Taylor v. Appleton*, 30 F.3d 1365, 1367 (11th Cir. 1994)). "Diversity jurisdiction exists where the suit is between citizens of different states and the amount in controversy exceeds the statutorily prescribed amount [of] $75,000." *Williams v. Best Buy Co.*, 269 F.3d 1316, 1319 (11th Cir. 2001) (citing § 1332(a)).

Hicks's complaint fails to make either of the required showings. Specifically, as to diversity of citizenship, Hicks provides a Birmingham, Alabama

address for himself and has sued only "Family Dollar," which he describes as a "citizen" of the State of Alabama, and for which he lists a Birmingham, Alabama address.  Doc. 1 at 2–3.  Moreover, to prove the requisite amount in controversy, Hicks states only that he "stay in the hospital over 3 month that there [unknown] call police." *Id.* at 4.

Thus, without even reaching any grounds for dismissal under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted, this court concludes that Hicks has failed to satisfy his burden of demonstrating that the court has subject-matter jurisdiction.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(1).  Hicks is free to file his lawsuit in the Circuit Court of Jefferson County, which, based on his allegations, is the appropriate forum.

The Clerk is **DIRECTED** to close this file, and to mail a copy of this order to Hicks at:

> 712 6th Avenue West
> Birmingham, AL 35204

**DONE** the 26th day of May, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE